IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAABANI TWIN STARS, LLC and
TWIN STARS, LTD.,

    Plaintiffs,

v.                                                  Civil Action No. 19-CV-00197- RB-JFR

TRAVELERS COMPANIES, INC., and
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

    Defendants.

## STIPULATION FOR DISMISSAL OF
## THE TRAVELERS COMPANIES, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Naabani Twin Stars, LLC and Twin Stars, Ltd. and Defendants The Travelers Companies, Inc. and St. Paul Fire and Marine Insurance Company that Plaintiffs' claims against The Travelers Companies, Inc. be dismissed with prejudice.  These parties agree that each party will bear their own attorneys' fees and costs.  Plaintiffs expressly retain their remaining claims against St. Paul Fire and Marine Insurance Company

IT IS FURTHER STIPULATED AND AGREED that, upon presentment of this Stipulation, properly signed by the attorney for Plaintiffs and the attorney for Defendants, this Court may enter an order pursuant to the terms hereof.

Dated this 3rd day of July, 2019.

                           **SMIDT, REIST & KELEHER, P.C.**

                           By: *Michael L. Carrico*
                           William R. Keleher
                           Michael L Carrico
                           *Attorneys for Naabani Twin Stars, LLC*
                           *and Twin Stars, Ltd*
                           4811-A Hardware Drive N.E., Suite 4
                           Albuquerque, New Mexico 87109
                           (505) 830-2200
                           wkeleher@srklawnm.com
                           mcarrico@srklawnm.com

                           ATTORNEYS FOR PLAINTIFFS

                           **GORDON & REES LLP**

                           By: *Greg S. Hearing*
                           John M. Palmeri, Esq.
                           Greg S. Hearing II, Esq.
                           555 Seventeenth Street, Suite 3400
                           Denver, Colorado 80202|
                           Phone (303) 534-5160
                           Fax: (303) 534-5161
                           jpalmeri@grsm.com
                           ghearing@grsm.com

                           Kenneth J. Ferguson, Esq.
                           State Bar No. 3780
                           816 Congress Avenue, Suite 1510
                           Austin, Texas 78701|
                           Phone (512) 391-0197
                           Fax: (512) 391-0183
                           kferguson@grsm.com

                           ATTORNEYS FOR DEFENDANTS