## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NAABANI TWIN STARS, LLC and
TWIN STARS, LTD.,

      Plaintiffs,

v.                                                                                                No. CIV 19-00197 RB/JHR

TRAVELERS COMPANIES, INC., and
ST. PAUL FIRE & MARINE INSURANCE COMPANY,

      Defendant.

## **FINAL ORDER**

Having granted Defendant's Motion for Summary Judgment (Doc. 38) by Memorandum Opinion and Order entered contemporaneously with this Final Order,

**IT IS ORDERED** that:

(1)     Plaintiffs Naabani Twin Stars, LLC and Twin Stars, Ltd. have failed to establish coverage under their insurance policy's "collapse" section, and their losses fall under the policy's exclusion for "Earth movement." Thus, Defendant St. Paul Fire & Marine Insurance Company is entitled to summary judgment and Plaintiffs' claims are dismissed with prejudice; and

(2)     Because Plaintiffs failed to establish coverage under the policy, Defendant did not exercise bad faith or violate N.M. Stat. Ann. § 59A-16-1. Therefore, Defendant is entitled to summary judgment, and Plaintiffs remaining claims are dismissed with prejudice.

                                                               _____
                                                                ROBERT C. BRACK
                                                                SENIOR U.S. DISTRICT JUDGE